# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 497 WAL 2015

             Respondent          :

                              :    Petition for Allowance of Appeal from the Order of the Superior Court

              v.               :

KEVIN MCGEE,                   :

             Petitioner          :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 498 WAL 2015

             Respondent          :

                              :    Petition for Allowance of Appeal from the Order of the Superior Court

              v.               :

KEVIN MCGEE,                   :

             Petitioner          :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 499 WAL 2015

             Respondent          :

                              :    Petition for Allowance of Appeal from the Order of the Superior Court

              v.               :

KEVIN MCGEE,                   :

             Petitioner          :

COMMONWEALTH OF PENNSYLVANIA,  :  No. 500 WAL 2015

             Respondent  :

                v.  :

KEVIN MCGEE,  :

             Petitioner  :  Petition for Allowance of Appeal from
                              :  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

[497 WAL 2015, 498 WAL 2015, 499 WAL 2015 and 500 WAL 2015] - 2